UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 22-CR-157-RDM |
| | : | |
| JUSTIN MICHAEL SMITH | : | |
| | : | |
| **Defendant** | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through his attorney, Michelle M. Peterson (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1. On May 5, 2022, the defendant was charged by way of Information. Specifically, Justin Michael Smith was charged with the following: (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Four) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2. Justin Michael Smith remains on bond since his initial appearance in the District Court for the District of Columbia on May 10, 2021.

3. On May 20, 2022, the parties appeared by video for the Defendants' arraignment and agreed to exclude time from the Speedy Trial Act calculation until July 22, 2022. The Court Ordered the parties to provide a Joint Status Report by July 22, 2022, and to address the status of

discovery, next steps, and speedy trial.

4. Discovery in this matter is ongoing; government counsel has provided most discovery specific to the Defendants' case to defense counsel and has apprised defense counsel of the status of outstanding discovery matters. There are also ongoing global discovery productions for this case.

5. The Parties have agreed, and jointly request a 60-day continuance of this matter, to allow the parties to continue to review discovery productions and to allow the parties to engage in meaningful plea negotiations. The parties also agree, and request to exclude related time from the Speedy Trial Act for 60 days from the date of this filing.

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        */s/ Christopher M. Cook*
        CHRISTOPHER M. COOK
        Assistant U.S. Attorney (detailed)
        700 Grant Street, Suite 4000
        Pittsburgh, Pennsylvania 15219
        christopher.cook5@usdoj.gov
        KS ID No. 23860

        */s/ Michelle M. Peterson*
        MICHELLE M. PETERSON
        Federal Public Defender for the
        District of Columbia
        625 Indiana Avenue, NW
        Suite 550
        Washington, D.C. 20004
        Shelli_peterson@fd.org