# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 20-cr-157 |
| v. : | |
| : | |
| SHAMERA SHEA MACK-SMITH, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Jocelyn Bond, who may be contacted by telephone on (202) 252-2571 or e-mail at Jocelyn.Bond@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    /s/ *Jocelyn Bond*_____
           Jocelyn Bond
           DC Bar No. 1008904
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C. 20579
           Phone: (202) 252-2571
           Jocelyn.Bond@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *Jocelyn Bond*
Jocelyn Bond
Assistant United States Attorney