# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 22-157 |
| ) | |
| JUSTIN MICHAEL SMITH,   ) | |
| ) | |
| Defendant.     ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND ENLARGE DEADLINES

The United States of America, through the undersigned, hereby submits this motion to adjourn the sentencing hearing, currently set for March 27, 2023 in the above-captioned matter, for approximately 60 days, until May 25, 2023, or util other such date as the Court's schedule allows.  In support of the Unopposed Motion to Continue, the United States submits the following:

1. Government counsel has conflicts with the currently scheduled court date of March 27, 2023, and the filing deadlines associated with the hearing.

2. Government counsel has conferred with counsel for the Defendant, and the Defendant consents to a continuance of this sentencing

3. Accordingly, the Government requests that the Court continue the sentencing hearing to May 25, 2023, or such other date as the Court's schedule allows, on the basis that the ends of justice served by taking such action outweighs any prejudicial effects.

4. Additionally, the Government requests that the filing deadlines for the final presentence report, responses to the presentence report, and sentencing memorandums be enlarged to allow for additional time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

        D.C. Bar No. 481052

By:    */s/ Christopher M. Cook*
      CHRISTOPHER M. COOK
      Assistant United States Attorney-Detailee
      Bar No. KS 23860
      601 D Street, N.W.
      Washington, D.C. 20001
      (412)327-3487
      Christopher.cook5@usdoj.gov