UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-CR-157 (RDM) |
| **JUSTIN SMITH,** | |
| **Defendant.** | |

### UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING AND AFFILIATED DATES

Mr. Smith, through undersigned counsel, respectfully requests a continuance of his sentencing hearing, currently scheduled for May 19, 2023. The government has no opposition to this motion. Counsel neglected to consult with Mr. Smith about the new date and he had a previously scheduled, unchangeable family event scheduled that date. The parties have consulted and are available on June 13 for a sentencing by VTC if the Court is available. If that date is not available for the Court, the parties will coordinate with the Courtroom Deputy for an available date. The parties request that the date for sentencing memos be continued to an appropriate date commensurate with the continued sentencing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DFENDER

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004